IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01920-MSK-MJW

TANYA WHITE,

Plaintiff(s),

v.

REDLINE RECOVERY SERVICES, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby that the Stipulated Motion for Entry of Protective Order (docket no. 11) is GRANTED.  The written Protective Order (docket no. 11-2) is APPROVED and made an Order of Court.

It is FURTHER ORDERED that Plaintiff's Unopposed Motion for Leave for Plaintiff's Counsel to Appear at Scheduling Conference by Telephone (docket no. 10) is GRANTED.

Date:   October 20, 2009